Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−23576−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Seventko
   15 Delaware Avenue
   Gillette, NJ 07933

Social Security No.:
   xxx−xx−7140

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 11, 2017.

   On 12/12/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                January 16, 2019
Time:               08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 13, 2018
JAN: rh

                                                                                         Jeanne Naughton
                                                                                         Clerk

```
                     United States Bankruptcy Court
                           District of New Jersey

In re:                                                           Case No. 17-23576-RG
Laura Seventko                                                   Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Dec 13, 2018
                              Form ID: 185             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Laura Seventko,    15 Delaware Avenue,    Gillette, NJ 07933-1513
516918553      +ARS/Account Resolution Specialist,    Po Box 459079,   Sunrise, FL 33345-9079
516918554      +Barclays Bank Delaware,    100 S West St,   Wilmington, DE 19801-5015
516918558      +Davison, Eastman, Munoz, Lederman,    Monmouth Executive Center,    100 Willow Brook Road Ste 100,
                Freehold, NJ 07728-5920
516918559      +Emerg Phys Svcs of NJ PA,    Po Box 740021,   Cincinnati, OH 45274-0021
516918560      +Equifax,    POB 740241,   Atlanta, GA 30374-0241
516918561      +Experian,    475 Anton Blvd,   Costa Mesa, CA 92626-7037
516918555     ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
               (address filed with court: Blaze Credit Card,    PO Box 2534,    Omaha, NE 68103)
516918563      +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                Sioux Falls, SD 57117-5097
516918564      +First Svgs Bk-blaze,    Po Box 5096,   Sioux Falls, SD 57117-5096
516918568      +Morristown Medical Center,    P.O Box 35610,   Newark, NJ 07193-5610
516918569      +New Jersey Gross Income Tax,    P.O Box 046,   Trenton, NJ 08646-0046
516918570      +Overlook Medical Center,    99 Beauvior AVenue,    Summit, NJ 07901-3595
516918571      +Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
517185095     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
516918574      +State of New Jersey,    Deptartment of taxation,    P.O. Box 448,   Trenton, NJ 08646-0448
516918575      +Summit Anesthesia Associates PA,    PO BOX 786872,   Philadelphia, PA 19178-6872
516950226      +Summit Medical,    Simon's Agency Inc,    PO BOX 5026,   Syracuse, NY 13220-5026
516977995      +VW Credit Leasing, Ltd,    C/O VW Credit, Inc.,    P.O. Box 9013,   Addison, Texas 75001-9013
516918579      +Volkwagen Credit,    2200 Ferdinand Porche Drive,    Herndon, VA 20171-5884
516918577       transunion,    POB 2000,   Crum Lynne, PA 19022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:16     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:00
                Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,   PO BOX 41021,
                Norfolk, VA 23541-1021
516918552      +E-mail/Text: EBNProcessing@afni.com Dec 14 2018 00:40:28     AFNI,
                1310 Martin Luther King Drive,    po box 3517,   Bloomington, IL 61702-3517
516918551      +E-mail/Text: mreed@affcollections.com Dec 14 2018 00:40:21     Accurate Collection Services,
                17 Prospect Street,    Morristown, NJ 07960-6862
516918556      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 00:42:53     Capital One,
                Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
516918557      +Fax: 602-659-2196 Dec 14 2018 00:50:18     Chex System,   7805 Hudson Road,   suite 100,
                Saint Paul, MN 55125-1703
516918562      +E-mail/Text: data_processing@fin-rec.com Dec 14 2018 00:39:44
                Financial Recovery Services Inc,    Po Box 385908,   Minneapolis, MN 55438-5908
516918565       E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 00:39:33     Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA  19101-7346
516918566      +E-mail/Text: ebn@ltdfin.com Dec 14 2018 00:39:45     LTD financial svc,
                7322 Southwest Freeway,    suite 1600,   Houston, TX 77074-2134
517156543      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 00:40:15     MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
516918567      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 00:40:15     Midland Funding,
                Attn: Bankruptcy,    Po Box 939069,   San Diego, CA 92193-9069
517090375       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 00:56:02
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517100844       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 00:42:57
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                Norfolk VA 23541
516918572      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 14 2018 00:43:48     Regional Acceptance Co,
                1424 E Fire Tower Rd,    Greenville, NC 27858-4105
516954352       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 14 2018 00:43:48     Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
516918573      +E-mail/Text: clientservices@simonsagency.com Dec 14 2018 00:41:09     Simons Agency Inc,
                4963 Wintersweet Dr,    Liverpool, NY 13088-2176
516919263      +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:43:28     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516918576      +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:46     Synchrony Bank,   PO BOX 960061,
                Orlando, FL 32896-0061
516918578      +E-mail/Text: vci.bkcy@vwcredit.com Dec 14 2018 00:40:29     Volkswagen Credit, Inc,   Po Box 3,
                Hillsboro, OR 97123-0003
                                                                                              TOTAL: 20
```

```
District/off: 0312-2          User: admin                 Page 2 of 2               Date Rcvd: Dec 13, 2018
                              Form ID: 185                Total Noticed: 41

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517159555*     +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michelle Labayen    on behalf of Debtor Laura  Seventko michelle@labayenlaw.com,
           benitezgiovanna@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```