| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Laura Seventko | Social Security number or ITIN   xxx–xx–7140 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| **Debtor 2**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:  17–23576–RG | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Laura Seventko

9/28/22

**By the court:** <u>Rosemary Gambardella</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-23576-RG

Laura Seventko                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                      User: admin                                                      Page 1 of 3

Date Rcvd: Sep 28, 2022                              Form ID: 3180W                                          Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Seventko, 15 Delaware Avenue, Gillette, NJ 07933-1513 |
| 516918558 | + | Davison, Eastman, Munoz, Lederman, Monmouth Executive Center, 100 Willow Brook Road Ste 100, Freehold, NJ 07728-5920 |
| 516918559 | + | Emerg Phys Svcs of NJ PA, Po Box 740021, Cincinnati, OH 45274-0021 |
| 516918568 | + | Morristown Medical Center, P.O Box 35610, Newark, NJ 07193-5610 |
| 516918569 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 516918570 | + | Overlook Medical Center, 99 Beauvior AVenue, Summit, NJ 07901-3595 |
| 516918574 | + | State of New Jersey, Deptartment of taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 517185095 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516918575 | + | Summit Anesthesia Associates PA, PO BOX 786872, Philadelphia, PA 19178-6872 |
| 516950226 | + | Summit Medical, Simon's Agency Inc, PO BOX 5026, Syracuse, NY 13220-5026 |
| 519708774 | | Summit Medical Group, Simons Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 516918579 | ++++ | VOLKSWAGEN CREDIT, 2200 WOODLAND POINTE AVE, HERNDON VA 20171-5874 address filed with court:, Volkswagen Credit, 2200 Ferdinand Porche Drive, Herndon, VA 20171 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Sep 29 2022 00:18:00 | Synchrony Bank c/o PRA Receivables Management, LLC, Valerie Smith, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516918552 | + | Email/Text: EBNProcessing@afni.com | Sep 28 2022 20:27:00 | AFNI, 1310 Martin Luther King Drive, po box 3517, Bloomington, IL 61702-3517 |
| 516918553 | ^ | MEBN | Sep 28 2022 20:23:25 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 516918551 | + | Email/Text: mreed@affcollections.com | Sep 28 2022 20:27:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 516918554 | + | EDI: TSYS2 | Sep 29 2022 00:18:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 516918555 | + | Email/Text: BNBLAZE@capitalsvcs.com | Sep 28 2022 20:27:00 | Blaze Credit Card, PO Box 2534, Omaha, NE 68103-2534 |
| 516918556 | + | EDI: CAPITALONE.COM | Sep 29 2022 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516918557 | + | Email/Text: bankruptcy.notifications@fisglobal.com | | |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 28, 2022 | Form ID: 3180W | Total Noticed: 42

| | | | |
|---|---|---|---|
| | | Sep 28 2022 20:27:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 516918560 | ^ MEBN | | |
| | | Sep 28 2022 20:22:18 | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 516918561 | ^ MEBN | | |
| | | Sep 28 2022 20:23:10 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 516918563 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Sep 28 2022 20:27:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 516918564 | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | Sep 28 2022 20:27:00 | First Svgs Bk-blaze, Po Box 5096, Sioux Falls, SD 57117 |
| 516918562 | + Email/Text: data_processing@fin-rec.com | | |
| | | Sep 28 2022 20:27:00 | Financial Recovery Services Inc, Po Box 385908, Minneapolis, MN 55438-5908 |
| 516918565 | EDI: IRS.COM | | |
| | | Sep 29 2022 00:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516918566 | + EDI: LTDFINANCIAL.COM | | |
| | | Sep 29 2022 00:18:00 | LTD financial svc, 7322 Southwest Freeway, suite 1600, Houston, TX 77074-2134 |
| 517156543 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Sep 28 2022 20:27:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516918567 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Sep 28 2022 20:27:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517090375 | EDI: PRA.COM | | |
| | | Sep 29 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517100844 | EDI: PRA.COM | | |
| | | Sep 29 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516918571 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Sep 28 2022 20:26:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 516918572 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Sep 28 2022 20:29:42 | Regional Acceptance Co, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 516954352 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Sep 28 2022 20:29:42 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 516918573 | + Email/Text: clientservices@simonsagency.com | | |
| | | Sep 28 2022 20:27:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 516918576 | + EDI: RMSC.COM | | |
| | | Sep 29 2022 00:18:00 | Synchrony Bank, PO BOX 960061, Orlando, FL 32896-0061 |
| 516919263 | + EDI: RMSC.COM | | |
| | | Sep 29 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516977995 | + Email/Text: VWBKNotices@nationalbankruptcy.com | | |
| | | Sep 28 2022 20:27:00 | VW Credit Leasing, Ltd, C/O VW Credit, Inc., P.O. Box 9013, Addison, Texas 75001-9013 |
| 516918578 | + Email/Text: vci.bkcy@vwcredit.com | | |
| | | Sep 28 2022 20:27:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
| 516918577 | ^ MEBN | | |
| | | Sep 28 2022 20:22:47 | transunion, POB 2000, Crum Lynne, PA 19022 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517159555 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Laura Seventko michelle@labayenlaw.com  rahaf@labayenlaw.com;arly@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5